**Ernest F. PASSETT, Appellant, v. UNITED STATES of America, Appellee.**

No. 4483.

Circuit Court of Appeals, Fourth Circuit.

April 27, 1939.

William O. Tydings, George A. Mahone, and Arthur Callahan, all of Baltimore, Md., for appellant.

Bernard J. Flynn, U. S. Atty., of Baltimore, Md.

1020

PER CURIAM.

Case docketed and dismissed on motion of appellee. Order filed.